IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HAROLD DICKERSON, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv576 |
| SHERYL A. MIZELL, ET AL. | § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Harold Dickerson, Jr., an inmate confined at the Larry Gist State Jail, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983. Plaintiff lists seven prison officials as defendants.

The court previously referred this matter to the Honorable Keith F. Giiblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The Magistrate Judge recommends the lawsuit be dismissed without prejudice as repetitious.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections. After careful consideration, the court is of the opinion that the objections are without merit. The Magistrate Judge correctly concluded that the claims asserted in this lawsuit are repetitious of the claims asserted in civil action number 1:13cv568.

## ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. A final judgment shall be entered in accordance with the

recommendation of the Magistrate Judge.

So **ORDERED** and **SIGNED** this **25** day of **March, 2014.**

_____
Ron Clark, United States District Judge